UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LEE BRINSON, II,

    Petitioner,

v.

JEFF TANNER,

    Respondent.

Case No. 23-cv-12658

Honorable Robert J. White

## JUDGMENT

The above-entitled matter having come before the Court on a petition for a writ of habeas corpus and in accordance with the memorandum opinion and order entered on November 1, 2024:

(1) The Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

(2) A Certificate of Appealability is DENIED.

(3) Petitioner is DENIED leave to appeal *in forma pauperis*.

Dated at Detroit, Michigan, this 1st day of November, 2024.

                      KINIKIA D. ESSIX
                      CLERK OF COURT


                      By: s/Tara Villereal_____
                            Deputy Clerk

November 1, 2024

Approved: _s/Robert J. White_____
        Robert J. White
        United States District Judge